[No. 7433–8–II. Division Two. February 12, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY J. HALE, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 83–1–00189–1, Gerry L. Alexander, J.,

entered November 2, 1983. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Petrich, J.